IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TYSON MARSHEK, )
)
    Plaintiff, )
)
v. ) 1:20-cv-180 (LMB/MSN)
)
CREDIT ACCEPTANCE CORPORATION, et al. )
)
    Defendants. )

ORDER

By an Order issued on July 6, 2020 the remaining portions of the complaint were dismissed without prejudice to enable the pro se plaintiff to file an amended complaint correcting the many identified defects in his compliant. The Order also provided that if an amended complaint was not filed by August 5, 2020, the dismissal would convert to a dismissal with prejudice. As of August 9, 2020, plaintiff has neither filed an amended complaint nor sought an extension of time in which to file one. Accordingly, it is hereby

ORDERED that this civil action be and is DISMISSED WITH PREJUDICE.

To appeal this decision a written Notice of Appeal must be filed with the Clerk of this court within thirty (30) days of the filing of this Order. Failure to file a timely Notice of Appeal waives the right to appeal this decision.

The Clerk is directed to forward copies of this Order to plaintiff, pro se and counsel of record and close this civil action.

Entered this 10 day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge